THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RAMOS, Appellant. [639 NYS2d 917]

Concur—Milonas, J. P., Kupferman, Nardelli and Mazzarelli, JJ.